BRENT PLATER (Cal. Bar # 209555)
Wild Equity Institute
P.O. Box 191695
San Francisco, CA 94119
(415) 349-5787
Attorney for Plaintiff

IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Chief
KRISTEN L. GUSTAFSON, Assistant Chief
ANDREA E. GELATT, Trial Attorney (Cal. Bar # 262617)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0388 (tel)
(202) 305-0275 (fax)
Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILD EQUITY INSTITUTE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior; and the UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of the Interior,<br><br>Defendants. | CASE NO. 3:11-cv-2904-JCS<br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

   1. Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-1, the parties, by and through undersigned counsel, hereby respectfully move to extend the time for Defendants to file an Answer, currently due August 15, 2011, until August 29, 2011.

   2. There have been no prior extensions in this case.

3.  The parties request this extension due to the press of business in related and unrelated matters.

Dated: August 1, 2011                    Respectfully submitted,
                                         IGNACIA S. MORENO, Asst. Attorney General
                                         SETH M. BARSKY, Section Chief

                                         /s/ Andrea E. Gelatt
                                         ANDREA E. GELATT (Cal. Bar # 262617)
                                         Wildlife & Marine Resources Section
                                         Environment & Natural Resources Division
                                         U.S. Department of Justice
                                         P.O. Box 7369
                                         Washington, D.C. 20044-7369
                                         Tel: (202) 305-0388 | Fax: (202) 305-0275
                                         andrea.gelatt@usdoj.gov
                                         Attorneys for Defendants


                                         /s/ Brent Plater (by AEG, as authorized 8/1/11)
                                         BRENT PLATER (Cal. Bar # 209555)
                                         Wild Equity Institute
Dated: 8/2/11                            P.O. Box 191695
                                         San Francisco, CA 94119
                                         (415) 349-5787
                                         Attorney for Plaintiff

[IT IS SO ORDERED — Judge Joseph C. Spero, United States District Court, Northern District of California]

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Andrea Gelatt, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                         Executed August 1, 2011, at Washington, D.C.

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT FOR THE** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| WILD EQUITY INSTITUTE, a non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior; and the UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of the Interior,<br><br>    Defendants. | CASE NO. 3:11-cv-2904-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that today, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

Brent Plater
bplater@wildequity.org

                                                */s/ Andrea E. Gelatt*
                                                ANDREA E. GELATT