UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

WILD EQUITY INSTITUTE, a non-profit corporation,

    Plaintiff,

v.

KEN SALAZAR, in his official capacity as Secretary of the Interior; and the UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of the Interior,

    Defendants.

CASE NO. 3:11-cv-2904-JCS

**[DRAFT] ORDER MODIFYING THE BRIEFING SCHEDULE IN THE CASE**

Based on the filed request and for good cause appearing therefore, IT IS SO ORDERED:

Defendants shall file their Reply to Defendants' Motion to Stay no later than September 30, 2011, and their Response to Plaintiff's Motion for Summary Judgment no later than September 13, 2011. Plaintiff shall file its Reply to Plaintiff's Motion for Summary Judgment no later than October 11, 2011.

Dated: 09/06/2011

Judge Joseph C. Spero

ORDER      1      CV-11-2904-JCS