UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILD EQUITY INSTITUTE, a non-profit corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior; and the UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of the Interior,<br><br>　　　Defendants. | CASE NO. 3:11-cv-2904-JCS<br><br>[~~DRAFT~~] ORDER GRANTING STIPULATION OF DISMISSAL AND SETTING BRIEFING SCHEDULE FOR ANY MOTION FOR ATTORNEYS' FEES AND COSTS |

Based on the filed stipulation, IT IS SO ORDERED that this case is DISMISSED WITH PREJUDICE.

The Court retains jurisdiction to resolve, if any, Plaintiff's Motion for Attorneys Fees and Costs, to be briefed on the following schedule:

　　　October 14: Plaintiff files its Motion

　　　November 7: Defendants file their Response to the Motion

　　　November 28: Plaintiff files its Reply

DATED:  09/21/2011

_____
UNITED STATES MAGISTRATE JUDGE
Joseph C. Spero

ORDER　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　CV-11-2904-JCS