**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILD EQUITY INSTITUTE, a non-profit corporation,<br><br>    Plaintiff,<br><br>        v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the Interior; and the UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States Department of the Interior,<br><br>    Defendants. | CASE NO. 3:11-cv-2904-JCS<br><br>**[~~DRAFT~~] ORDER GRANTING STIPULATION OF DISMISSAL RE CLAIMS FOR ATTORNEYS' FEES** |

   IT IS SO ORDERED that the recently filed Stipulation of Dismissal (Dkt. # 29) is approved.

DATED:   10/17/11

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*